**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

LUIS ALBERTO CHIRINOS
GONZALEZ,

Petitioner,

v.

JEREMY CASEY, Warden of Imperial
Regional Detention Facility of U.S.
Immigration and Customs Enforcement, et
al.,

Respondents.

Case No.: 3:26-cv-01265-RBM-MMP

**ORDER FOR SUPPLEMENTAL
BRIEFING**

On February 27, 2026, Petitioner Luis Alberto Chirinos Gonzalez ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 (Doc. 1) and an Ex Parte Motion for Temporary Restraining Order ("TRO Motion") (Doc. 2). Petitioner seeks his immediate release from immigration detention, arguing that Respondents lack authority to detain him because he has valid Temporary Protected Status ("TPS"). (*See* Doc. 1 ¶¶ 19, 44, 48, 51; Doc. 2 at 11–14; Doc. 7 at 2.) Respondents failed to substantively address Petitioner's claims based on his TPS. (*See generally* Doc. 5.)

Based on the Court's review of the Parties' briefs and the record, and as Petitioner's habeas claims heavily rely on the validity of his TPS (*see* Doc. 1 ¶ 39; Doc. 7 at 2), the

1

3:26-cv-01265-RBM-MMP

Court finds that supplemental briefing on the status and validity of Petitioner's TPS is required to resolve the Petition.[1]

Accordingly, Respondents are **ORDERED** to submit supplemental briefing **on or before April 21, 2026**: (1) stating their position on whether Petitioner retains valid TPS; and (2) filing as exhibits all documents or evidence reflecting the reasons for Petitioner's most recent re-detention in 2026, including any I-213 Forms and notices issued to Petitioner, to the extent they exist. Petitioner **MAY** submit a response to any supplemental briefing submitted by Respondents **on or before April 24, 2026**.

**IT IS SO ORDERED**.

DATE: April 15, 2026

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

---

[1]