# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Luis Alberto Chirinos Gonzalez

**Plaintiff,**

**V.**

Jeremy Casey, Warden of Imperial Regional Detention Facility of U.S. Immigration and Customs Enforcement; (see attachment)

**Defendant.**

**Civil Action No.** 26CV1265-RBM-MMP

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition for Writ of Habeas Corpus is granted in part.

**Date:** 5/13/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Petersen
J. Petersen, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26CV2366-RBM-SBC

Petitioner

Oscar Maldonado-Romero

Respondents

Warden of Imperial Regional Detention Facility; Current or
Acting Director United States Immigration and Customs Enforcement;
Current or Acting Secretary, United States Department of Homeland
Security; Current or Acting United States Attorney General;
Current or Acting Field Office Director, San Diego Field Office,
United States Immigration and Customs Enforcement