

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS ALBERTO CHIRINOS GONZALEZ,<br><br>                Petitioner,<br><br>v.<br><br>JEREMY CASEY, Warden of Imperial Regional Detention Facility of U.S. Immigration and Customs Enforcement, et al.,<br><br>                Respondents. | Case No.:  3:26-cv-01265-RBM-MMP<br><br>**ORDER REQUIRING RESPONSE TO MOTION FOR RECONSIDERATION**<br><br>**[Doc. 14]** |

On May 13, 2026, the Court granted in part Petitioner's Habeas Petition and ordered a bond hearing.  (Doc. 12 at 11–12.)  Pursuant to the Court's Order (*see id*. at 12), Respondents filed a Status Report indicating that Petitioner received a bond hearing on May 22, 2026, and that an immigration judge denied bond based on a finding that he "would be a danger to the community if released from detention."  (Doc. 14 at 2.)

On June 9, 2026, Petitioner filed a Motion for Reconsideration.  (Doc. 15.) Accordingly, the Court **ORDERS** as follows:

//

//

1

3:26-cv-01265-RBM-MMP

1. Respondents **SHALL** file a response to the Motion for Reconsideration **on or before June 24, 2026**.

2. Petitioner **MAY** file a reply **on or before July 1, 2026**.

**IT IS SO ORDERED**.

DATE:  June 11, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

2

3:26-cv-01265-RBM-MMP